UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80325-CIV-HURLEY/HOPKINS

COUTTS & CO,

    Plaintiff,

v.

JOHN JUSTIN REX METCALF,

    Defendant.
_____/

FILED by ___ D.C.
OCT 12 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON NOTICE OF SETTLEMENT

**THIS CAUSE** is before the court upon a notice of settlement from counsel, indicating that the parties have arrived at a full settlement of the plaintiff's claims.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that the parties are directed to file within twenty (20) days of the date of entry of this order a joint stipulation of dismissal or proposed final judgment, or any other pertinent documentation necessary to conclude this action. The court notes that the parties may request that the court retain jurisdiction to enforce the terms of the settlement agreement. Failure to comply or otherwise respond to this order may result in dismissal of the case without further notice.

**DONE** and **SIGNED** in chambers at West Palm Beach, Florida, this 6th day of October, 2006.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts